## Catherine Caporale, Appellee, v. The Sovereign Camp of the Woodmen of the World, Now Known as Woodmen of the World Life Insurance Society, Appellant.

### Gen. No. 41,153.

opinion filed June 26, 1940. William E. Mooney, for appellant; Ellidor M. Libonati, for appellee; Abraham Miller, of counsel. Opinion by Presiding Justice Friend. ''Not to be published in full.''